KAESTNER, Executor, Appellant, vs. MILWAUKEE AUTOMOBILE INSURANCE COMPANY, LIMITED, MUTUAL, and another, Respondents.

*November 15—December 15, 1948.*

For the appellant there was a brief by *Cyril C. Foster,* attorney, and *Ralph J. Drought* of counsel, both of Milwaukee, and oral argument by *Mr. Drought.*

For the respondents there was a brief by *Anderson & Murphy,* attorneys, and *J. Stewart Murphy* of counsel, all of Milwaukee, and oral argument by *J. Stewart Murphy.*

FAIRCHILD, J. This case was argued and submitted with the case of *Kaestner v. Milwaukee Automobile Ins. Co., ante,* p. 12, 35 N. W. (2d) 190, and is ruled by the decision therein.

*By the Court.*—Judgment reversed with directions to grant a new trial.